

# Fourth Court of Appeals
## San Antonio, Texas

January 2, 2019

No. 04-18-00817-CV

Joseph A. **RAMIREZ** and April M. Ramirez,
Appellants

v.

Rosalinda **HURON**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV06197
Honorable David J. Rodriguez, Judge Presiding

### ORDER

This appeal is DISMISSED. Because appellants are indigent, no costs of this appeal are assessed.

It is so **ORDERED** on January 2, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of January, 2019.

_____
Keith E. Hottle, Clerk of Court